UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>                    Plaintiff,<br><br>     -against-<br><br>SECURE PAWN SHOP; CLERK JOHN DOE;<br>CLERK JOHN DOE; DELL INC.,<br><br>                    Defendants. | 1:19-CV-8832 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 3, 2019, dismissing this action for lack of subject-matter jurisdiction,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(h)(3). This dismissal is without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:   December 3, 2019
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge